DANIEL G. BOGDEN
United States Attorney
District of Nevada

ARMAND ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| DEBRA D. MCGEE, </br></br>    Plaintiff, </br></br>    v. </br></br>CAROLYN W. COLVIN, </br>Acting Commissioner of Social Security, </br></br>    Defendant. | Case No. 15-cv-01081-RCJ-GWF </br></br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** </br>(***FIRST REQUEST***) |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her cross-motion to affirm, due on November 2, 2015, by 30 days, through and including December 2, 2015.

    An extension of time is needed in order to prepare Defendant's motion because Defendant's counsel has an unusually heavy workload including active EEOC litigation. This request is made in good faith with no intention to unduly delay the proceedings.

1  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion,
2  on December 2, 2105.
3  Respectfully submitted on November 2, 2015.

4

DANIEL G. BOGDEN
United States Attorney

5

6

*By:      /s/ Armand Roth*
ARMAND ROTH
Special Assistant United States Attorney

7

8  OF COUNSEL:

9  DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

10

11

12

13  IT IS SO ORDERED:

14

15  DATED: November 3, 2015

16

17

18  HON. GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I, Armand Roth, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Leonard H Stone
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101-
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd.
Suite 420
Long Beach, CA 90802
(562) 437-7006
Fax: (562) 432-2935
Email: marc.kalagian@rksslaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Dated:  November 2, 2015.

    DANIEL G. BOGDEN
    United States Attorney

    *By:*     */s/ Armand Roth*
    ARMAND ROTH
    Special Assistant United States Attorney